Jane A. Craig and S. K. Hughes, trustee, defendants in error, v. John W. Grein, Jr., et al., plaintiffs in error. Gen. No. 7,631.

Foreclosure proceeding on trust deed securing indebtedness of $26,084.17. Decree of foreclosure granted. Error to the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Dobbins & Dobbins, Fred B. Hamill and Walter B. Riley, for plaintiffs in error. Little & Frinfrock, for defendants in error.

Mr. Justice Niehaus delivered the opinion of the court.